IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00079-MSK-MEH

RICHARD JONES, and
KELLY JONES,

        Plaintiffs,

v.

ALBERTO GONZALES, Attorney General of the United States,
MICHAEL CHERTOFF, Secretary for the Department of Homeland Security ("DHS"),
EMILIO T. GONZALEZ, Director for Citizenship and Immigration Services ("CIS"),
ROBERT M. COWAN, Director of the National Benefits Center of CIS,
MARIO ORTIZ, District Director fo the Denver CIS District, and
ROBERT S. MUELLER, III, Director Federal Bureau of Investigations,

        Defendants.

## ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR

The following matter is set for hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **Thursday, March 22, 2007 at 9:45 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The matter is set for a non-evidentiary hearing of not more than 15 minutes. Counsel shall *bring their calendars.*

The parties shall be prepared to address the scheduling of subsequent proceedings in this case.

Dated this 17th day of January, 2007

                                **BY THE COURT:**

*/s/ Marcia S. Krieger*
_____

                                Marcia S. Krieger
                                United States District Judge