IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00079-MSK-

RICHARD JONES, and
KELLY JONES,

    Plaintiffs,

v.

ALBERTO GONZALES, Attorney General of the United States,
MICHAEL CHERTOFF, Secretary for the Department of Homeland Security ("DHS"),
EMILIO T. GONZALEZ, Director for Citizenship and Immigration Services ("CIS"),
ROBERT M. COWAN, Director of the National Benefits Center of CIS,
MARIO ORTIZ, District Director of the Denver CIS District, and
ROBERT S. MUELLER, III, Director Federal Bureau of Investigations,

    Defendants.

## ORDER RESETTING HEARING

Due to a scheduling conflict,

**IT IS ORDERED** that the hearing scheduled to commence on March 22, 2007 is **VACATED** and **RESET** to **April 23, 2007 at 3:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 27th day of February, 2007

                **BY THE COURT:**

                *Marcia S. Krieger*

                Marcia S. Krieger
                United States District Judge