IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00079-MSK-

RICHARD JONES, and
KELLY JONES,

      Plaintiffs,

v.

ALBERTO GONZALES, Attorney General of the United States,
MICHAEL CHERTOFF, Secretary for the Department of Homeland Security ("DHS"),
EMILIO T. GONZALEZ, Director for Citizenship and Immigration Services ("CIS"),
ROBERT M. COWAN, Director of the National Benefits Center of CIS,
MARIO ORTIZ, District Director fo the Denver CIS District, and
ROBERT S. MUELLER, III, Director Federal Bureau of Investigations,

      Defendants.

## ORDER RESETTING HEARING

**IT IS ORDERED** that the hearing set for May 11, 2007 at 4:45 p.m is **RESET** to May 11, 2007 at 3:00 p.m.

Dated this 9th day of May, 2007

                                      **BY THE COURT:**

                                      *Marcia S. Krieger*

                                      Marcia S. Krieger
                                      United States District Judge