**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy: Patricia Glover          Date: May 11, 2007
Court Reporter:    Paul Zuckerman

Civil Action No. 07-cv-00079-MSK

*Parties*:                                 *Counsel Appearing:*

RICHARD JONES and                          Jeffrey Joseph
KELLY JONES,

       Plaintiffs,

v.

ALBERTO GONZALES,                          Terry Fox
MICHAEL CHERTOFF,
EMILIO GONZALEZ,
ROBERT COWAN,
MARIO ORTIZ and
ROBERT S. MUELLER, III,

       Defendants.

---

## COURTROOM MINUTES

HEARING:   Law and Motions- Scheduling

**3:08 p.m.     Court in session.**

The Court inquires of the current status of the case.

The parties agree to submit stipulated facts and request by joint motion that the Court determine the matter based on the stipulated facts.

**ORDER:**   Motion to Dismiss (**Doc. #8**) is **DENIED** as moot as to 12(b)(6) only. The Motion is outstanding as to 12(b)(1) (lack of subject matter jurisdiction).

**ORDER:**   The parties will file joint stipulated facts, joint motion for determination based on the pleadings and simultaneous briefs by **August 13, 2007.** Responses will be filed by **September 4, 2007.**

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

**3:20 p.m.      Court in recess.**

**Total Time:    12 minutes.**
**Hearing concluded.**