IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00079-MSK

RICHARD JONES, and
KELLY JONES,

      Plaintiffs,

v.

ALBERTO GONZALES, Attorney General of the United States,
MICHAEL CHERTOFF, Secretary for the Department of Homeland Security ("DHS"),
EMILIO T. GONZALEZ, Director for Citizenship and Immigration Services ("CIS"),
ROBERT M. COWAN, Director of the National Benefits Center of CIS,
MARIO ORTIZ, District Director fo the Denver CIS District, and
ROBERT S. MUELLER, III, Director Federal Bureau of Investigations,

      Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the Plaintiffs' Unopposed Motion to Dismiss (Motion) **(#24)** filed March 5, 2008. The Court having reviewed the foregoing:

**ORDERS** that the Motion is **GRANTED**. All claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

DATED this 5th day of March, 2008.

      **BY THE COURT:**

      *Marcia S. Krieger*

      Marcia S. Krieger
      United States District Judge